UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. CUTHBERT,<br><br>     Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | **12-cv-1465 GSA**<br><br>**ORDER TO SHOW CAUSE** |

On April 27, 2012, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). On September 10, 2012, the Court issued a Scheduling Order. (Doc. 5). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve a letter brief on Defendant outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, Plaintiff must file and serve an opening brief within 30 days.

On or about April 3, 2013, Defendant lodged the administrative record. (Doc. 11).

1

Pursuant to the Scheduling Order, Plaintiff was required to file the opening brief no later than July 9, 2013.[1] Plaintiff has failed to file the opening brief as required. Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with the Court's order.  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.   If Plaintiff desires more time to file the brief, Plaintiff should so state in the response.

Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 17, 2013**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] On June 3, 2013, the parties filed a stipulation to extend the filing of Plaintiff's opening brief until July 3, 2013. (Doc. 12).  The Court declined to adopt the stipulation because pursuant to the scheduling order Plaintiff's opening brief was not due until July 9, 2013. (Doc. 13).