UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. CUTHBERT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **12-cv-1465 GSA**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(Doc. 14)** |

On April 27, 2012, Plaintiff filed a complaint requesting a review of the Commissioner of Social Security's denial of his disability benefits. (Doc. 1). On July 17, 2013, this Court issued an Order to Show Cause ("OSC") based on Plaintiff's failure to timely file his opening brief which was due on July 9, 2013. (Doc. 14). In a response to the OSC, Plaintiff's counsel indicates that the missed deadline was due to an inadvertent calendaring error. (Doc. 15). Accordingly, the order to show cause is hereby **DISCHARGED**. Plaintiff's opening brief is now due on **August 14, 2013**. All other deadlines outlined in this Court's scheduling order issued on September 10, 2012 (Doc. 5), remain in full force and effect.

IT IS SO ORDERED.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  **August 7, 2013**                         **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE