1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                   **EASTERN DISTRICT OF CALIFORNIA**

6

7   RICHARD M. CUTHBERT,                    | **12-cv-1465 GSA**

8
                          Plaintiff,
9                                            | **ORDER DISCHARGING ORDER TO**
10       v.                                  | **SHOW CAUSE**

11   COMMISSIONER OF SOCIAL                  | **(Doc. 14)**
     SECURITY,
12
                          Defendant.
13

14

15          On April 27, 2012, Plaintiff filed a complaint requesting a review of the Commissioner of

16   Social Security's denial of his disability benefits. (Doc. 1).  On July 17, 2013, this Court issued an

17   Order to Show Cause ("OSC") based on Plaintiff's failure to timely file his opening brief which

18   was due on July 9, 2013. (Doc. 14).  In a response to the OSC, Plaintiff's counsel indicates that

19   the missed deadline was due to an inadvertent calendaring error. (Doc. 15).  Accordingly, the

20   order to show cause is hereby **DISCHARGED**.  Plaintiff's opening brief is now due on **August**

21   **14, 2013**.  All other deadlines outlined in this Court's scheduling order issued on September 10,

22
23   2012 (Doc. 5), remain in full force and effect.

24

25

26

27   IT IS SO ORDERED.

28
                                             1

1    Dated:   **August 7, 2013**                        **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           2