UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

Richard M. Cuthbert,

    Plaintiff,

    v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,[1]

    Defendant.

No. 12-cv-01465-GSA

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE OPPOSITION**

T IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to October 15, 2013, to file his brief. This extension is requested because the parties need more time to explore the possibility of a settlement.

    Respectfully submitted,

/s/ Bess M. Brewer  *
BESS M. BREWER
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

                                                Acting Regional Chief Counsel, Region IX
                                                Social Security Administration

Dated: September 10, 2013         /s/ Armand D. Roth
                                              ARMAND D. ROTH)
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

## ORDER

The parties' stipulation outlined above is granted.  Defendant shall file its response no later than October 15, 2013.  Any reply is due fifteen days after the filing of the opposition.  The parties shall notify the Court immediately if a settlement is reached.

IT IS SO ORDERED.

   Dated:   **September 11, 2013**                    **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE