BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard M. Cuthbert, | No. 12-cv-01465-GSA |
|     Plaintiff, | **STIPULATION AND ORDER FOR SENTENCE FOUR REMAND** |
|     v. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security,[1] | |
|     Defendant. | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

The parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the ALJ will be directed to:

(1) update the treatment evidence on the claimant's medical condition;

(2) obtain evidence from a medical expert, if appropriate, to clarify the nature and severity of the claimant's impairment;

(3) articulate how he has evaluated the severity of all medically determinable mental impairments under the special technique;

(4) articulate how he has evaluated the credibility of the claimant's subjective complaints in light of the comments above;

(5) expressly evaluate the examining medical source opinion from Dr. White, M.D., cited above and explain the reasons for the weight he gives to this opinion evidence;

(6) further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations;

(7) further consider whether the claimant has past relevant work he could perform with the limitations established by the evidence; and

// // //

// // //

(8) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base

Respectfully submitted on October 1, 2013,

<ul><li>/s/ Bess M. Brewer *<br>BESS M. BREWER<br>Attorney for Plaintiff</li></ul>

- By Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
  By:  /s/ Armand Roth
Special Assistant United States Attorney

## **ORDER**

The Court adopts the parties' stipulation.  Accordingly, the matter is remanded for further proceedings as outlined above.

IT IS SO ORDERED.

Dated:   **October 2, 2013**                           **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

3